# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff**

**v.**

**CHRISTIAN LA LUZ JIMÉNEZ [3], et al.,**

**Defendants.**

**CRIM CASE NO. 14-719 (GAG)**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Magistrate Judge Camille Velez Rivé's Report and Recommendation on Defendant Christian La Luz Jimenez's Motion to Suppress (Docket No. 352) is hereby **ADOPTED** in its entirety. The undersigned has reviewed the Government's objection (Docket No. 355) and Defendant La Luz's opposition thereto. (Docket No. 361), as well as the transcript of the hearing. (Docket Nos. 344 & 345).

Applying a de novo standard of review, I hereby accept and adopt as my own Judge Velez Rivé's factual findings. Further, I find that her legal conclusions are indeed correct.

In sum, I hold that Defendant La Luz's proffer is protected by the FED. R. CRIM. P. 11, and hence, cannot be used against him at trial. Defendant La Luz's Motion to Suppress at Docket No. 248 is hereby **GRANTED**.

**SO ORDERED.**

In San Juan, Puerto Rico this 18th day of January, 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge